Bky.# 25-15243

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>WHITEHALL TRUST,<br>Debtor. | Civil Action No. 26-2170 |
| In re:<br>SAUCON TRUST,<br>Debtor. | Civil Action No. 26-2211 |

**ORDER**

**AND NOW**, this 8th day of October 2026, it is hereby **ORDERED** that oral argument shall be held in the above-captioned bankruptcy appeals on Tuesday, November 10, 2026, at 1:00 p.m. in the courtroom located at The Holmes Building, 101 Larry Holmes Drive, 4th floor, Easton, Pennsylvania.

**BY THE COURT:**

/s/ Catherine Henry
**CATHERINE HENRY, J.**